**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1290

DELZOLA M. CUFFEE,

Plaintiff - Appellant,

versus

TIDEWATER COMMUNITY COLLEGE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, Jr., District Judge. (2:04-cv-00381-WDK)

Submitted: July 21, 2006          Decided: August 9, 2006

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Delzola M. Cuffee, Appellant Pro Se. Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Delzola M. Cuffee, an African American female, appeals the district court's order granting summary judgment to her employer in her civil action in which she alleged discrimination and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cuffee v. Tidewater Cmty. Coll.</u>, No. 2:04-cv-00381-WDK (E.D. Va. Jan. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>